[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————

No. 07-13829

———————

D. C. Docket No. 02-80309 CV-CMA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 07, 2010
JOHN LEY
CLERK

FRIENDS OF THE EVERGLADES,
FLORIDA WILDLIFE FEDERATION,

Plaintiffs-
Counter-Defendants-
Appellees
Cross-Appellants,

FISHERMEN AGAINST DESTRUCTION OF THE ENVIRONMENT,

Plaintiff-
Counter-Defendant
Appellee,

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,

Intervenor-Plaintiff-
Counter-Defendant-
Appellee
Cross-Appellant,

versus

SOUTH FLORIDA WATER MANAGEMENT DISTRICT,

Defendant-
Counter-Claimant-
Cross-Appellee,

CAROL WEHLE, Executive Director,

Defendant-
Appellant,

UNITED STATES OF AMERICA,
U.S. SUGAR CORPORATION,

Intervenor-Defendants-
Appellants.

———————

Appeal from the United States District Court
for the Southern District of Florida

———————

Before DUBINA, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, and MARTIN, Circuit Judges.

BY THE COURT:

The Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it (Rule 35, Federal Rules of Appellate Procedure), the Suggestion of Rehearing En Banc is **DENIED.**